UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL BRIAN MIMS,<br><br>                    Defendant. | No. 2:13-CR-2109-FVS-5<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>☒   Motion Denied<br>     **(ECF No. 263)**<br><br>☐   Action Required |

Date of bail review hearing: 03/05/2014

☒   Insufficient information presented to reasonably assure Defendant's future appearance.

☒   There are no conditions or combination of conditions other than detention that will ensure the safety of the community.

The court requested more information and advised Defendant that the issue of bail may be reopened at a later date.

**IT IS ORDERED** Defendant's Motion for release from custody (ECF No. 263) is **DENIED**.  Defendant shall remain in the custody of the U.S. Marshal pending further order of the court.

DATED March 5, 2014.

                         s/James P. Hutton
                         JAMES P. HUTTON
                         UNITED STATES MAGISTRATE JUDGE

ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION - 1